UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES COMER, GREGORY EVANS, PAUL GRONINGER, PIERRE LAFOREST, TYLER REINHART, DONALD S1LLARS, GARY STEELE, DAVID BLACKBURN, DANIEL BLANKENSHIP, STEPHEN BOOSE, JOE COLE, CHARLES COLLETT, PHIL DEMARCO, CURTIS DODD, ROBERT GOSTOMSKY, ABDOUL GUISSE, BRIAN HAMMERQUIST, DENNIS OSBORN, MARK PUCKETT, RONALD REINHART, ERIC ROSEBERRY, MCKINLEY TATE, VINCENT UNZICKER, JOSEPH URDAK, JAMES WILLIAMS, WARREN WILLISON, JONATHAN WILSON, and CHAD HOOVER,

    Plaintiffs,

v.

DIRECTV, INC., DIRECTV, LLC, DIRECTSAT USA, LLC, and MULTIBAND CORP.,

    Defendants.

Case No. 2:14-cv-1986
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Before this Court is Defendants' Unopposed Motion to Stay all Proceedings Pending Resolution of Bankruptcy. (ECF No. 118.) Having considered the Motion and all arguments of counsel, and such Motion not being opposed by Plaintiffs, the Court finds the Motion to be meritorious and **GRANTS** the Motion in its entirety.

It is therefore **ORDERED** (1) all proceedings in this case are **STAYED** until Multiband's bankruptcy proceedings are resolved; (2) all case management deadlines in this case are **VACATED**;

and (3) the Parties are **ORDERED** to file a joint status report **fourteen (14)** days after the conclusion of Multiband's bankruptcy proceeding.

The Clerk is directed to remove this case from the Court's active docket.

**IT IS SO ORDERED.**

_3-20-2017_
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE