
EXHIBIT 166

# Advanced Media

13294 Dunlap rd
La Salle, MI 48145
Phone 734-322-2111   Fax 877-851-6326

**DATE:**     April 29, 2011
**Check #**
**FOR:**

WEEK: 4/10/11 to 4/16/2011
**Pay To:**
Charles Comer

Toledo, OH

| DESCRIPTION | AMOUNT |
|---|---|
| Skylink Invoice  15.95 PTS | $ 1,355.75 |
| SMALL PARTS | (120.00) |
| | |
| **TOTAL** | **$ 1,235.75** |

THANK YOU FOR YOUR BUSINESS!

CONFIDENTIAL

PLTF-COMER00022281
(Comer, Charles)

# Advanced Media

13294 Dunlap rd
La Salle, MI 48145
Phone 734-322-2111   Fax 877-851-6326

**DATE:**       May 6, 2011
**Check #**
**FOR:**

WEEK: 4/17/11 to 4/23/2011
**Pay To:**
Charles Comer

Toledo, OH

| DESCRIPTION | AMOUNT |
|---|---|
| Skylink Invoice  15.12 PTS | $        1,285.20 |
| SMALL PARTS | (25.00) |
| SIN 90  VUCELICH, LARRY | (50.00) |
| SIN 90  BROWN, VERONICA | (50.00) |
| SIN 90  JENKINS, JOSEPH | (50.00) |
| GAS BONUS | 26.00 |
| **TOTAL** | **$        1,136.20** |

THANK YOU FOR YOUR BUSINESS!

CONFIDENTIAL

PLTF-COMER00022282
(Comer, Charles)

# Advanced Media

13294 Dunlap rd

La Salle  MI  48145
Phone: 734-625-3254

NAME: Charles Comer,

**Service Region:** Multiband

Work orders should be submitted in sequence to
this invoice

Tech Number 28915

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 1 | 135 | 10-22- 10-22 | | | | |

| Line | Date | Customer Name | Activity Number | | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 10-22 | ▆▆▆▆ | 1-06XGCGR | ▆▆▆▆ | 135 | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000310

# Advanced Media

13294 Dunlap rd
La Salle  MI  48145
Phone: 734-625-3254

NAME: _Charles Comer_

**Service Region:** Multiband

Work orders should be submitted in sequence to this invoice

**Tech Number** _28915_

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 10 | 1070 | 10-15 - 10-21 | 0 | | | |

| Line | Date | Customer Name | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 10-15 | ▮ | 1-01M0F48 | ▮ | 145 | | |
| 2 | 10-15 | ▮ | 1-0427DVE | ▮ | 135 | | |
| 3 | 10-17 | ▮ | 1-0600Y9Y | ▮ | 135 | | |
| 4 | 10-17 | ▮ | 1-04017YR | ▮ | 145 | | |
| 5 | 10-18 | ▮ | 1-04LMV32 | ▮ | 95 | | |
| 6 | 10-19 | ▮ | 1-05XJC9Y | ▮ | 145 | | |
| 7 | 10-21 | ▮ | 1-06RJDSV | ▮ | 125 | | |
| 8 | 10-21 | ▮ | 1-0624INV | ▮ | 75 | | |
| 9 | 10-21 | ▮ | 1-07KIA3L | ▮ | 35 | | |
| 10 | 10-21 | ▮ | 1-07150V9 | ▮ | 35 | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000311

# Advanced Media

13294 Dunlap rd
La Salle MI 48145
Phone: 734-625-3254

NAME: ~~Chuck~~ Charles Corner.

**Service Region:** Multiband

Work orders should be submitted in sequence to this invoice

**Tech Number** 28915

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 11 | 1045 | 10-8 – 10-14 | 1045 | | | |

| Line | Date | | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 10-8 | ■ | 1-0Ø2BN4T | ■ | ~~145~~ (145) | | |
| 2 | 10-8 | ■ | 1-NZQZTTU | ■ | 105 | | |
| 3 | 10-9 | ■ | 1-01L95DO | ■ | 185 | | |
| 4 | 10-12 | ■ | 1-023VROZ | ■ | 55 | | |
| 5 | 10-12 | ■ | 1-0ØCDØB4 | ■ | 135 | | |
| 6 | 10-13 | ■ | 1-02RS3WS | ■ | 50 | | |
| 7 | 10-13 | ■ | 1-01ETY3X | ■ | 70 | | |
| 8 | 10-13 | ■ | 1-02VTC2G | ■ | 35 | | |
| 9 | 10-14 | ■ | 1-02FWQC7 | ■ | 115 | | |
| 10 | 10-14 | ■ | 1-0ØG2OPR | ■ | 115 | | |
| 11 | 10-14 | ■ | 1-0444N7X | ■ | 35 | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

# Advanced Media

13294 Dunlap rd
La Salle MI 48145
Phone: 734-625-3254

NAME: Charles Comer

**Service Region:** Multiband

Work orders should be submitted in sequence to this invoice

**Tech Number** 28915

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 13 | | 10-1 ~ 10-7 | 1320 | | | |

| Line | Date | | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 10-1 | | 1-NW5L4PU | | 35 | | |
| 2 | 10-1 | | 1-NVPN7MB | | 75 | | |
| 3 | 10-1 | | 1-NW4AJMB | | 75 | | |
| 4 | 10-1 | | 1-NVP3ZJY | | 35 | | |
| 5 | 10-2 | | 1-NWVQPK7 | | 90 | | |
| 6 | 10-2 | | 1-NTF9D2Q | | 95 | | |
| 7 | 10-2 | | 1-NW32E44 | | 105 | | |
| 8 | 10-3 | | 1-NW92443 | | 135 | | |
| 9 | 10-3 | | 1-NXCAR28 | | 60 | | |
| 10 | 10-5 | | 1-NVXJ2JC | | 155 | | |
| 11 | 10-6 | | 1-NVPOY87 | | 175 | | |
| 12 | 10-6 | | 1-NZ87XK5 | | 150 | | |
| 13 | 10-7 | | 1-NSQTM2E | | 135 | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000313

# Advanced Media

13294 Dunlap rd
La Salle  MI  48145
Phone: 734-625-3254

NAME: _Charles Comer_

**Service Region:** Multiband

Work orders should be submitted in sequence to this invoice

**Tech Number** _28915_

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 11 | 1260 | 9-24 - 9-30 | | | | |

| Line | Date | | Activity Number | | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 9-24 | | 1-NRPIUMX | | 115 | | |
| 2 | 9-26 | | 1-NTDMAUA | | 95 | | |
| 3 | 9-26 | | 1-NR5L3D5 | | 125 | | |
| 4 | 9-26 | | 1-NQOXDVZ | | 70 | | |
| 5 | 9-28 | | 1-NSVDQAE | | 155 | | |
| 6 | 9-28 | | 1-NS70TIJ | | 135 | | |
| 7 | 9-29 | | 1-NTOOK82 | | 115 | | |
| 8 | 9-29 | | 1-NRN2544 | | 125 | | |
| 9 | 9-30 | | 1-NU3MSNA | | 145 | | |
| 10 | 9-30 | | 1-NSOQQSH | | 75 | | |
| 11 | 9-30 | | 1-NV8RL64 | | 105 | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000314

# Advanced Media

13294 Dunlap rd
La Salle  MI  48145
Phone: 734-625-3254

**Service Region:** Multiband

**Tech Number** _28915_

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

NAME: _Charles Comer_

Work orders should be submitted in sequence to
this invoice

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 17 | | 9-17 - 9-23 | 1665 | | | |

| Line | Date | Customer Name | Activity Number | | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 9-17 | ███ | -NNWQ16W | ███ | 70 | | |
| 2 | 9-17 | ███ | -NNLPV4M | ███ | 95 | | |
| 3 | 9-17 | ███ | -NNY8IVE | ███ | 35 | | |
| 4 | 9-18 | ███ | -NNBVSW3 | ███ | 175 | | |
| 5 | 9-18 | ███ | -NK285A0 | ███ | 145 | | |
| 6 | 9-18 | ███ | -NOOF6WI | ███ | 115 | | |
| 7 | 9-19 | ███ | -NJ52D7Q | ███ | 65 | | |
| 8 | 9-19 | ███ | 1-NP4YG3N | ███ | 75 | | |
| 9 | 9-19 | ███ | -NOX7PXI | ███ | 95 | | |
| 10 | 9-19 | ███ | 1-NPBZF07 | ███ | 95 | | |
| 11 | 9-21 | ███ | -NPEVRNH | ███ | 165 | | |
| 12 | 9-21 | ███ | -NQFR92V | ███ | 75 | | |
| 13 | 9-22 | ███ | -NQPOXM3 | ███ | 50 | | |
| 14 | 9-22 | ███ | -NVP8ZT6 | ███ | 105 | | |
| 15 | 9-22 | ███ | 1-NP4991J | ███ | 125 | | |
| 16 | 9-23 | ███ | -NQRJ5D | ███ | 165 | | |
| 17 | 9-23 | ███ | NRBJV23 | ███ | 75 | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000315

# Advanced Media

13294 Dunlap rd

La Salle MI 48145
Phone: 734-625-3254

NAME: *Charles Comer*

**Service Region:** Multiband

Work orders should be submitted in sequence to
this invoice

**Tech Number** 28915

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|
| 3 | 449 | 8-20 — 8-22 | ~~425~~ | 24 | | |

| Line | Date | Customer Name | Activity Number | Phone Number | Total Pay Due | Incentive | | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 8-20 | ⬛ | 1-MSGNV20 | ⬛ | 65 | 8 | | 73 |
| 2 | 8-21 | | 1-N5M6SGY | | ~~180~~ 183 | 8 | | 191 |
| 3 | 8-22 | | 1-N5IEMS#3 | | ~~180~~ 183 | 8 | | 191 |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |

| Line | Date | Customer Name | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|------|------|---------------|-----------------|--------------|---------------|-----------|--------|
| 1 30 | 8-13 | ███ | -M1HCAPK | ███ | 65 | 8 | |
| 2 31 | 8-14 | ███ | -N316LSL | ███ | 45 | 8 | |
| 3 32 | 8-14 | ███ | I-MEYSDW | ███ | 65 | 8 | |
| 4 33 | 8-15 | ███ | -NO5HVCF | ███ | 155 | 8 | |
| 5 34 | 8-17 | ███ | -N4TR477 | ███ | 45 | 8 | |
| 6 35 | 8-17 | ███ | -N4JYLIJ | ███ | 155-158 | 8 | |
| 7 36 | 8-17 | ███ | -NYHANQ4 | ███ | 45 | 8 | |
| 8 37 | 8-18 | ███ | I-N6JTQLE | ███ | 45 | 8 | |
| 9 38 | 8-18 | ███ | -N5R1JS5 | ███ | 45 | 8 | |
| 10 39 | 8-18 | ███ | s1-N5X1MX8 | ███ | 45 | 8 | |
| 11 40 | 8-18 | ███ | -N6M2AT4 | ███ | 45 | 8 | |
| 41 | | | | | | | |
| 42 | | | | | ~~778~~ 758 | 88 | |
| 43 | | | | | | | |
| 44 | | Charles Corner | | Tech # | | 28915 | |
| 45 | | | | | | | |
| 46 | | | | pay period. | | | |
| 47 | | ITEMS | AMOUNT | | | | |
| 48 | | | | | | | |
| 49 | | 11 | 843 | 8-13 TO 8-18 | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | | | |
| 64 | | | | | | | |

# Advanced Media

13294 Dunlap rd
La Salle MI 48145
Phone: 734-625-3254

**Service Region:** Multiband

**Tech Number** _____

**Bill To:** Advanced Media
**Address:** 13294 Dunlap

LaSalle, MI 48145

Name *Charles Comer*

Work orders should be submitted in sequence to this invoice

1,141⁰⁰

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs |
|---|---|---|---|---|---|
| 15 | 1230 | Aug 6 — Aug 12 | ~~1110~~ | 120 | |

| Line | Date | Customer Name | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | Aug 6 | ■■■ | 1-N0575E8 | ■■■ | 130 | 8 | |
| 2 | Aug 6 | ■■■ | 1-MJRHKP6 | ■■■ | 65 | 8 | 90-check |
| 3 | Aug 7 | ■■■ | 1-MT19RAE | ■■■ | 65 | 8 | |
| 4 | Aug 7 | ■■■ | 1-MSBBUT7 | ■■■ | 45 | 8 | |
| 5 | Aug 7 | ■■■ | 1-M25VFIL | ■■■ | 105 | 8 | |
| 6 | Aug 7 | ■■■ | 1-MDTL574 | ■■■ | 90 | 8 | |
| 7 | Aug 8 | ■■■ | 1-MSQQKE8 | ■■■ | 65 | 8 | |
| 8 | Aug 10 | ■■■ | 1-N0XGCQ4 | ■■■ | 65 | 8 | |
| 9 | Aug 10 | ■■■ | 1-N2IZLAG | ■■■ | 45 | 8 | |
| 10 | Aug 10 | ■■■ | 1-M2KHPF3 | ■■■ | 105 | 8 | 108 p.p. |
| 11 | Aug 11 | ■■■ | 1-N2SAFCI | ■■■ | 45 | 8 | |
| 12 | Aug 11 | ■■■ | 1-MJBZ6YU | ■■■ | 45 | 8 | |
| 13 | Aug 12 | ■■■ | 1-M0HPJ16 | ■■■ | 65 | 8 | |
| 14 | Aug 12 | ■■■ | 1-M2KP6X0 | ■■■ | 45 | 8 | |
| 15 | Aug 12 | ■■■ | 1-N3G9C0E | ■■■ | 130 | 8 | 133-p.p |
| 16 | | | | | | | p.p.= protection plan |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000318

# Advanced Media

13294 Dunlap rd
La Salle MI 48145
Phone: 734-625-3254

**Service Region:** Multiband

**Tech Number** 28915

**Bill To:** Advanced Media
**Address:** 13294 Dunlap

Name *Charles Comer*

Work orders should be submitted in sequence to this invoice

*1610*

LaSalle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | | Total Pay Due | Incentive | Less Charge Backs |
|---|---|---|---|---|---|---|
| 19 | 1822 | 7-30 | 8-5 | 1670 | 152 | |

| Line | Date | Customer Name | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 7-30 | ▮ | 1-MVH3A2Z | ▮ | 45 (65) | 8 | |
| 2 | 7-30 | ▮ | 1-MNAWQYM | ▮ | 130 ✓ | 8 | |
| 3 | 7-30 | ▮ | 1-MDW02G-8 | ▮ | 65 ✓ | 8 | |
| 4 | 7-31 | ▮ | 1-MOHO9WL | ▮ | 45 ✓ | 8 | |
| 5 | 7-31 | ▮ | 1-MRS7X66 | ▮ | 180 ✓ | 8 | |
| 6 | 7-31 | ▮ | 1-MS5KRQE | ▮ | 130 ✓ | 8 | |
| 7 | 7-31 | ▮ | 1-MMDVTUH | ▮ | 90 (50) | 8 | |
| 8 | 7-31 | ▮ | 1-MRXOV1K | ▮ | 65 ✓ | 8 | |
| 9 | 8-1 | ▮ | 1-MSJQXHG | ▮ | 65 ✓ | 8 | |
| 10 | 8-1 | ▮ | 1-MSE5V8G | ▮ | 65 ✓ | 8 | |
| 11 | 8-1 | ▮ | 1-M2003Q2 | ▮ | 65 ✓ | 8 | |
| 12 | 8-3 | ▮ | 1-MSDV9YD | ▮ | 155 ✓ | 8 | |
| 13 | 8-3 | ▮ | 1-MT19RBK | ▮ | 65 ✓ | 8 | |
| 14 | 8-3 | ▮ | 1-MJL7RV2 | ▮ | 65 ✓ | 8 | |
| 15 | 8-4 | ▮ | 1-M2DIZ97 | ▮ | 90 (50) | 8 | Dispute |
| 16 | 8-4 | ▮ | 1-MYRNO6C | ▮ | 65 ✓ | 8 | |
| 17 | 8-5 | ▮ | 1-MTJ7QLB | ▮ | 155 ✓ | 8 | |
| 18 | 8-5 | ▮ | 1-MYVIQ35 | ▮ | 65 ✓ | 8 | |
| 19 | 8-5 | ▮ | 1-MWUM2xx | ▮ | 65 ✓ | 8 | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000319

# Advanced Media

13294 Dunlap rd
La Salle MI 48145
Phone: 734-625-3254

Name _Charles Comer_

**Service Region:** Multiband

Work orders should be submitted in sequence to this
invoice

_1530_
_9_ _195_

**Tech Number** _____

**Bill To:** Advanced Media
**Address:** 13294 Dunlap

LaSalle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | Total Pay Due | Incentive | Less Charge Backs |
|---|---|---|---|---|---|
| 24 | 1787 (1725) | 7-23 TO 7-29 | 1595 | 192 | |

| Line | Date | | Activity Number | | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 7-23-09 | | 1-MRNXIV8 | | 45 | 8 | |
| 2 | 7-23-09 | | 1-MO3G-21 | | 90 | 8 | |
| 3 | 7-23-09 | | 1-MGEXKE5 | | 90 | 8 | |
| 4 | 7-24-09 | | 1-MGJ9CVV | | 65 | 8 | |
| 5 | 7-24-09 | | 1-MOGHOXB | | 45 | 8 | |
| 6 | 7-25-09 | | 1-MH77PT9 | | 90 | 8+3 | |
| 7 | 7-25-09 | | 1-MHC5V21 | | 65 | 8 | |
| 8 | 7-25-09 | | 1-MOOPWE1 | | 45 | 8 | |
| 9 | 7-25-09 | | 1-M1362PA | | 90 | 8 | |
| 10 | 7-25-09 | | 1-MRDOO73 | | 65 | 8 | |
| 11 | 7-27-09 | | 1-MTWIEGO | | 65 | 8 | |
| 12 | 7-27-09 | | 1-M3DHCZV | | 45 | 8 | |
| 13 | 7-27-09 | | 1-MRO9M9S | | 45 | 8 | |
| 14 | 7-27-09 | | 1-MJ8SZ3Q | | 65 | 8 (Dispute No Record) | |
| 15 | 7-27-09 | | 1-MJOLTTS | | 65 | 8 | |
| 16 | 7-28-09 | | 1-MKWD3RM | | 90 | 8 | |
| 17 | 7-28-09 | | 1-MKG-ONA8 | | 65 | 8 | |
| 18 | 7-28-09 | | 1-MOTXCVF | | 90 | 8 | |
| 19 | 7-29-09 | | 1-MSOK2Z8 | | 45 | 8 | |
| 20 | 7-29-09 | | 1-M3N5CYA | | 65 | 8 | |
| 21 | 7-29-09 | | 1-MVZRP6A | | 65 | 8 | |
| 22 | 7-29-09 | | 1-MLNWCE9 | | 90 | 8 | |
| 23 | 7-29-09 | | 1-MTA3V55 | | 45 | 8 | |
| 24 | 7-29-09 | | 1-MJBWORV | | 65 | 8 | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000320

# Advanced Media

13294 Dunlap rd
La Salle  MI  48145
Phone: 734-625-3254

**Service Region:** Multiband

**Tech Number** 28915

**Bill To:** Advanced Media
**Address:** 13294 Dunlap rd

NAME: Charles Comer.

Work orders should be submitted in sequence to this invoice

La Salle, MI 48145

| Total Items Listed | Total Amount Invoiced | Pay Period | | Total Pay Due | Incentive | Less Charge Backs | Total Lines Paid |
|---|---|---|---|---|---|---|---|
| 12 | | 9-11 — | 9-16 | 1190 | | | |

| Line | Date | Customer Name | Activity Number | Phone Number | Total Pay Due | Incentive | Result |
|---|---|---|---|---|---|---|---|
| 1 | 9-11 | ▓ | 1-NIHJTSL | ▓ | 165 | | |
| 2 | 9-11 | ▓ | 1-NJCDIYW | ▓ | 90 | | |
| 3 | 9-11 | ▓ | 1-NJD4W5Q | ▓ | 130 | | |
| 4 | 9-12 | ▓ | 1NJBWR17 | ▓ | 50 | | |
| 5 | 9-12 | ▓ | 1-NJPX8DZ | ▓ | 105 | | |
| 6 | 9-12 | ▓ | 1-NKEJXHZ | ▓ | 90 | | |
| 7 | 9-14 | ▓ | 1-NLOVX44 | ▓ | 45 | | |
| 8 | 9-14 | ▓ | 1-NK6W98N | ▓ | 105 | | |
| 9 | 9-14 | ▓ | 1-NM7PUM2 | ▓ | 65 | | |
| 10 | 9-16 | ▓ | 1-NJEWSCY | ▓ | 115 | | |
| 11 | 9-16 | ▓ | 1-NNA1GI8 | ▓ | 115 | | |
| 12 | 9-16 | ▓ | 1-NN2TTLU | ▓ | 115 | | |
| 13 | | | | | | | |
| 14 | | | | | 1190 | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |

PLTF-
Advanced Media000321