# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHARLES COMER,** *et al.,*

    **Plaintiffs,**

v.

**DIRECTV, LLC,** *et al.,*

    **Defendants.**

Case No. 2:14-cv-1986
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION RESPONSE DEADLINES (ECF No. 151) AND GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL (ECF No. 138)

This matter is before the Court upon the Plaintiffs' Unopposed Motion to Extend Dispositive Motion Response Deadlines. (ECF No. 151.) This is Plaintiffs' first request for an extension of time. Pursuant to Local Rule 7.2, the original deadline for filing responses is October 16, 2017. *See* S.D. Ohio Civ. R. 7.2. The Court has previously granted Defendants' Motion to File Separate Issue-Based Dispositive Motion Briefs. (ECF No. 131.) For good cause shown, Plaintiffs' motion (ECF No. 151) is hereby **GRANTED**. The time for responding to dispositive motions and related filings is extended thirty days, through the close of business on **November 15, 2017**.

In addition, Defendants move pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.2 to file under seal Exhibits 275 to 328 attached to the Affidavit of Colin D. Dogherty (Volume II) in support of Defendants' Motions for Summary Judgment. (ECF No. 138.)

Defendants represent that the materials are confidential, proprietary, and commercially sensitive. The motion is unopposed. For good cause shown, the motion (ECF No. 138) is **GRANTED**.

**IT IS SO ORDERED.**

10-17-2017
**DATE**

**EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE**