UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES COMER, *et al.*,

    Plaintiffs,

v.

DIRECTV, LLC, *et al.*,

    Defendants.

Case No. 2:14-cv-1986
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

### ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY CASE FOR GLOBAL MEDIATION (ECF No. 154)

This matter is before the Court upon the parties' Joint Motion to Stay Case for Global Mediation (ECF No. 154). The parties have agreed to engage in global mediation on November 30, 2017, and request that the matter be stayed pending the completion of mediation. For good cause shown, the motion (ECF No. 154) is hereby **GRANTED**. All deadlines in this matter are hereby **STAYED**.

Within **seven (7) days** of completion of the parties' global mediation, the parties shall file a Joint Status Report with the Court informing the Court of the result of the mediation.

**IT IS SO ORDERED.**

11-13-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE